# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Veronica L. Duffy United States Magistrate Judge Presiding

| Courtroom Deputy - MSB | Court Reporter – FTR |
|---|---|
| Courtroom - SF #3 | Date – July 18, 2022 |
| US Probation Officer – Natalie Kaufman | |

**4:22-CR-40060-KES-1**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO ANGEL CHESHIER<br><br>Defendant. | Mark Hodges<br><br><br><br><br><br>Amanda Kippley |

TIME HEARING SCHEDULED TO BEGIN 9:00 AM

<u>TIME:</u>

9:02 AM    Enter bond hearing

                The Court hears argument regarding Defendant's motion (Doc. 20).

                Ms. Kippley argues for release
                Government opposes motion and Mr. Hodges argues for continued detention

                The Court denies motion (Doc. 20) and orders the defendant remain in custody

9:10 PM    Court in recess