UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-40060 |
| Plaintiff, | SEALED |
| vs. | FACTUAL BASIS STATEMENT "REDACTED" |
| ARMANDO ANGEL CHESHIER, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense«» to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Armando Angel Cheshier.

On or about September 29th, 2021, in the District of South Dakota, I knowingly and intentionally attempted to distribute Alprazolam, a Schedule IV Controlled Substance, to [Name Redacted] which was contained in my baggie. Also included in that baggie were tablets containing Fentanyl. [Name Redacted] took Fentanyl from the bag and ingested it. The Fentanyl ingested by [Name Redacted] caused her to suffer an overdose which ultimately resulted in [Name Redacted] death. [Name Redacted] would not have died but for the fentanyl [Redacted] took from my bag.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the

requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

07/31/2023
Date

Mark Hodges
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2346
Facsimile: (605)330-4410
E-Mail: mark.hodges@usdoj.gov

7/31/23
Date

Armando Angel Cheshier
Defendant

7-31-23
Date

Angel Runnels
Attorney for Defendant